UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROMAN LEVITES,                                    :

          Petitioner,              :

    -against-                                    :        ORDER

                                                       :        08 Civ. 113 (JSR)(KNF)
COMMISSIONER OF THE NEW YORK STATE
DIVISION OF PAROLE, et al.,                       :

          Respondents.           :
------------------------------------------------------------X

KEVIN NATHANIEL FOX,
UNITED STATES MAGISTRATE JUDGE

    ROMAN LEVITES has petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I have considered the petition preliminarily and direct that:

(1)     the respondent serve and file an answer or other pleading on or before March 28, 2008. The answer shall include such information as may be necessary for the Court to ascertain whether the petitioner has exhausted his state court remedies. Transcripts of all relevant proceedings, the briefs submitted on appeal, and the record in any state post-conviction proceedings shall be submitted by the respondent; and

(2)     the petitioner shall serve and file a reply on or before May 5, 2008.

(3)     Should the respondent determine to move with respect to the petition:

    (a)     the motion shall be served and filed on or before March 28, 2008;

    (b)     the petitioner shall serve and file any response to the motion on or before May 5, 2008;

    (c)    any reply shall be served and filed on or before May 23, 2008; and

    (d)    should the petitioner fail to serve and file any response to the motion, or fail to seek an extension of the time in which to do so, the Court shall consider the respondent's motion to be unopposed.

The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested, a copy of this Order and the underlying petition on counsel for the respondent, Andrew Cuomo, Attorney General of the State of New York, attention "Section H."

Dated: New York, New York  
       February 20, 2008                    SO ORDERED:

                                                     /s/ Kevin Nathaniel Fox  
                                                     KEVIN NATHANIEL FOX  
                                                     UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Roman Levites  
622 Brighton Beach Ave. 2nd Floor  
Brooklyn, NY 11235