**MEMO ENDORSED**



Roman Levites
622 Brighton Beach Avenue
2nd Floor
Brooklyn, N.Y. 11235

Hon. Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 540
New York, N.Y. 10007

June 9, 2008

Re:   **Levites v. Comm. of NYS Div. of Parole, et al.**
      **08 Civ. 0113 (JSR)(KNF)**

Your Honor:

I am the Pro Se Petitioner in the above Habeas Corpus Petition. I have already received the Attorney General's Answer to my Petition. Due to unforeseen personal circumstances, I have been unable to prepare the Reply to the Attorney General's Answer. I am asking for an extension of time to July 4, 2008, so as to respond to the Attorney General's Answer.

Thank you.

Respectfully,

Roman Levites
(347) 410-4373

CC:   Jennifer L. Johnson, AAG
      Office of the Attorney General
      120 Broadway
      New York, N.Y. 10271
      Ph. (212) 416-6211
      Fx. (212) 416-8010

6/11/08

Petitioner Roman Levites must send all writings to the Pro Se Office for this judicial district and not to the Court's chambers. By an order, dated March 27, 2008, the petitioner was directed to serve and file any reply to the respondent's answer by July 21, 2008. Therefore, it is not necessary to grant the instant request. Accordingly it is denied. The petitioner should comply with the March 27, 2008 order.

SO ORDERED:
Kevin Nathaniel Fox, USMJ